IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

CITY OF GLENDALE, ARIZONA

Plaintiff(s)/Petitioner(s),

vs.

UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF INTERIOR, KENNETH SALAZAR

Defendant(s)/Respondent(s)

CASE NO: CV10-2017-PHX-DKD

Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)

FILED ___ LODGED
RECEIVED ___ COPY
SEP 21 2010
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

**NOTICE: $50.00 APPLICATION FEE REQUIRED!**

I, Audrey E. Moog, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of City of Glendale, Arizona.

**City and State of Principal Residence:** Rockville, Maryland
**Firm Name:** Hogan Lovells US LLP
**Address:** 555 Thirteenth St., N.W.   **Suite:**
**City:** Washington   **State:** DC   **Zip:** 20004
**Firm/Business Phone:** (202) 637-8313
**Firm Fax Phone:** (202) 638-5910   **E-mail Address:** audrey.moog@hoganlovells.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? |
|---|---|---|
| District of Columbia | 07/10/2000 | ☑ Yes  ☐ No* |
| New York | 01/25/2000 | ☑ Yes  ☐ No* |
| U.S. District Court for the District of Columbia | 04/02/2001 | ☑ Yes  ☐ No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| None | | |

* Explain:

ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐ Yes   ☑ No
Have you ever been disbarred from practice in any Court?   ☐ Yes   ☑ No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court. I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

9/17/2010
**Date**
**Fee Receipt #** PHX101533

**Signature of Applicant**

(Rev. 06/10)

Additional court admissions, Audrey E. Moog

| Title of Court | Date of Admission | Good Standing |
|---|---|---|
| U.S. Court of Appeals for the Eighth Circuit | 05/18/2009 | Yes |
| U.S. Court of Appeals for the Eleventh Circuit | 10/24/2008 | Yes |
| U.S. District Court for the Sourthern Distrct of New Yor | 12/16/2003 | Yes |
| U.S. District Court for the Eastern District of Michigan | 04/30/2008 | Yes |
| U.S. Bankruptcy Court for the Southen District of New York | 12/16/2003 | Yes |
| U.S. Court of Federal Claims | 10/18/2007 | Yes |

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **ANGELA D. CAESAR,** Acting Clerk of the United States District Court for the District of Columbia, do hereby certificate that:

**AUDREY   ELAINE   MOOG**

was on the 2nd day of April A.D 2001 admitted to practice as an Attorney at Law at the Bar of this Court, and is, according to the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court in the City of Washington on this 17th of September A.D. 2010.

**Angela   D.   Caesar, Clerk**

By: _____
**Deputy Clerk**

