# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

City of Glendale, Arizona

**Plaintiff(s)/Petitioner(s),**

vs.

United States of America, U.S. Department of Interior, and Kenneth L. Salazar,

**Defendant(s)/Respondent(s)**

CASE NO: CV 10-2017- ~~PHX-DKD~~

**Application of Attorney For Admission To Practice Pro Hac Vice Pursuant to LRCiv 83.1(b)(3)**

FILED _____ LODGED
RECEIVED _____ COPY

SEP 2 1 2010

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

## NOTICE:   $50.00 APPLICATION FEE REQUIRED!

I, ___Dominic F. Perella___, hereby apply to the Court under LRCiv 83.1(b)(3) for pro hac vice admission to appear and practice in this action on behalf of ___City of Glendale, Arizona___.

**City and State of Principal Residence:** Kensington, Maryland

**Firm Name:** Hogan Lovells US LLP

**Address:** 555 13th Street N.W.  **Suite:**

**City:** Washington  **State:** D.C.  **Zip:** 20004

**Firm/Business Phone:** ( 202 ) 637-6452

**Firm Fax Phone:** ( 202 ) 637-5910  **E-mail Address:** dominic.perella@hoganlovells.com

I am admitted to practice before the following courts. (attach additional sheets if necessary)

| TITLE OF COURT | DATE OF ADMISSION | IN GOOD STANDING? | |
|---|---|---|---|
| U.S. Supreme Court | 05/24/2010 | ☑Yes | ☐No* |
| U.S. Court of Appeals, D.C. Circuit | 05/15/2009 | ☑Yes | ☐No* |
| U.S. Court of Appeals, Ninth Circuit | 08/27/2007 | ☑Yes | ☐No* |

* Explain:

(An **Original** Certificate of Good Standing from a **FEDERAL BAR** in which an applicant has been admitted dated no more than 45 days prior to submission of this application is required.)

I have concurrently, or within 1 year of this application, made *pro hac vice* applications to this Court in the following actions (attach additional sheets if necessary):

| Case Number | Title of Action | Date Granted or Denied* |
|---|---|---|
| | | |
| | | |
| | | |

* Explain:

## ALL APPLICANTS ARE REQUIRED TO ANSWER THE FOLLOWING QUESTIONS.
*If you answer YES to either of the following questions, please explain all circumstances on a separate page.*

Are you currently the subject of a disciplinary investigation or proceeding by any Bar or Court?   ☐Yes ☑No

Have you ever been disbarred from practice in any Court?   ☐Yes ☑No

I declare under penalty of perjury that the foregoing is true and correct; that I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of Arizona; and that I am not currently suspended, disbarred or subject to disciplinary proceedings in any court.  I certify that I have read and will ascribe to the Standards for Professional Conduct, and will comply with the Rules of Practice of the United States District Court for the District of Arizona ("Local Rules").

9/18/2010

**Date**

*Dominic Perella*

**Signature of Applicant**

**Fee Receipt #** PHX10532

(Rev. 06/10)

**<u>Additional court/bar admissions, Dominic F. Perella</u>**

| <u>Court</u> | <u>Date</u> | <u>Good Standing</u> |
|---|---|---|
| U.S. Court of Appeals, Second Circuit | 07/14/2009 | Yes |
| U.S. Court of Appeals, Eighth Circuit | 02/12/2007 | Yes |
| U.S. District Court for the District of Columbia | 01/15/2009 | Yes |
| District of Columbia Bar | 09/10/2007 | Yes |
| Virginia Bar | 10/12/2006 | Yes |

# UNITED STATES DISTRICT COURT
## for the District of Columbia
### CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

---

I, **ANGELA D. CAESAR,** Acting Clerk of the United States District Court

for the District of Columbia, do hereby certificate that:

### DOMINIC   F.   PERELLA

was on the 3rd day of  November  A .D  2008   admitted to practice as an Attorney

at Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good  standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington on this  17th  of  September  A.D. 2010.


### Angela    D.   Caesar, Clerk


By: 

**Deputy Clerk**