UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **City of Glendale**, <br><br> PLAINTIFF <br><br> v. <br><br> **United States of America, et al.,** <br><br> DEFENDANT(S) | CASE NO.  **CV 10-2017-PHX-DKD** <br><br><br> NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

PLEASE TAKE NOTICE:

Pursuant to the Federal Rules of Civil Procedure, and the General Orders, Local Rules, and CM/ECF Administrative Policies and Procedures Manual of this Court, the following deficiency(ies) has been found with the electronically filed document, *Notice of Appearance #8* filed by *Kristofor Swanson*:

☒ Incorrect PDF document attached.

**ACTION REQUIRED BY THE FILER**

☒ The deficiency must be corrected within one (1) business day of this notice.
☒ Redocket entry with correct PDF document.