IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division
United States Department of Justice

KRISTOFOR R. SWANSON
Colorado Bar No. 39378
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 663
Washington, DC 20044-0663
Tel: 202-305-0248
Fax: 202-305-0267
Email: kristofor.swanson@usdoj.gov

Attorneys for the Defendants

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| CITY OF GLENDALE, ARIZONA, | ) |
|    *Plaintiff,* | ) |
| *v.* | ) Civ. No. 2:10-cv-02017 (DKD) |
| UNITED STATES OF AMERICA; THE UNITED STATES DEPARTMENT OF THE INTERIOR; KENNETH L. SALAZAR, in his official capacity as United States Secretary of the United States Department of the Interior, | ) |
|    *Defendants.* | ) |

**NOTICE OF APPEARANCE**

Defendants hereby give notice of the appearance of Kristofor R. Swanson as Counsel for Defendants in this matter. Mr. Swanson is registered to use this Court's Electronic Case Filing System (ECF) and may be served electronically using ECF. If necessary notices, orders, or other papers may be sent to Mr. Swanson at the address below.

Respectfully submitted this 27th day of September, 2010.

        IGNACIA S. MORENO
        Assistant Attorney General
        Environment & Natural Resources Division
        United States Department of Justice

        *s/ Kristofor R. Swanson*
        KRISTOFOR R. SWANSON
        Colorado Bar No. 39378
        Trial Attorney
        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        P.O. Box 663
        Washington, DC 20044-0663
        Tel: 202-305-0248
        Fax: 202-305-0267
        Email: kristofor.swanson@usdoj.gov

        Overnight delivery:
        PHB Mail Room 2121
        601 D Street, N.W.
        Washington D.C., 20004

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 27th day of September, 2010, I electronically filed the foregoing document with the clerk of court by using the CM/ECF system which will send notice of electronic filings to all counsel of record.

By:         /s/ Kristofor R. Swanson
        KRISTOFOR R. SWANSON
        Trial Attorney